

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00216-CR

EZEKIEL GABRIEL WIGGINS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 51,027-C

------------

## ORDER

------------

Appellant Ezekiel Gabriel Wiggins appeals from his conviction for indecency with a child by contact. Court-appointed counsel for Appellant filed a brief with an attached appendix on May 5, 2014. We notified counsel the next day that the appendix contained unredacted references to the minor victim and directed counsel to file an amended appendix, redacting the minor's identifying information, no later than May 16, 2014. *See* 2nd Tex. App. (Fort Worth) Loc. R. 7. Counsel failed to comply, and we again directed counsel to file an amended appendix no later than June 2, 2014. As of the date of this order, counsel has

complied with neither directive. Accordingly, we **ORDER** counsel for the third time to file an amended appendix that redacts any identifying information of the minor victim no later than **July 11, 2014**. If counsel again fails to comply, we will abate this appeal and remand to the trial court for appropriate action, including possible contempt proceedings against counsel. *See* Tex. R. App. P. 38.8(b).

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

DATED June 30, 2014.

PER CURIAM